UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:06-CR-20021-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **EARNEST FELICE** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, as supplemented by the Court's Ruling issued this date, and after a de novo review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Felice's § 2255 Motion [Doc. No. 95] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**SIGNED** this  5th   day of September, 2018, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE